IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| CRISTA RAMOS, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants-Appellants. | No. 18-16981 |

**JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**

On February 16, 2021, this Court granted plaintiffs' unopposed motion to stay proceedings in this matter for 60 days pending the Department of Homeland Security's (DHS) review of the Temporary Protected Status (TPS) designations that are the subject of this litigation. The parties now provide this update on actions this Administration has taken and jointly respectfully request that this Court continue the stay for an additional 60 days.

Since this Court's Order, DHS's review of existing and potential TPS designations has resulted in the Secretary of Homeland Security newly designating Venezuela and Burma for TPS. *See* 86 Fed. Reg. 13,574; https://www.dhs.gov/news/2021/03/12/secretary-mayorkas-designates-burma-

temporary-protected-status. The Secretary also extended the previous TPS designation for Syria and redesignated Syria for TPS. *See* 86 Fed. Reg. 14,946.

DHS is currently in the process of reviewing the prior Administration's termination of the TPS designations for El Salvador, Haiti, Honduras, Nicaragua, Nepal, and Sudan. Where appropriate and in accordance with the TPS statute, DHS is engaging or will engage in consultations with other federal agencies, including the Department of State.

Because this ongoing review requires additional time and may alter or resolve the claims in this matter, the parties respectfully request that the Court extend the stay for an additional 60 days.

Respectfully submitted,

| | |
|---|---|
| ACLU FOUNDATION OF SOUTHERN CALIFORNIA | STEPHANIE HINDS<br>*Acting United States Attorney* |
| By: */s/ Jessica Karp Bansal*<br>   Jessica Karp Bansal | */s/ Gerard Sinzdak*<br>MARK B. STERN<br>GERARD SINZDAK<br>CIVIL DIVISION<br>DEPARTMENT OF JUSTICE<br>950 Pennsylvania Ave., NW, Rm. 7242<br>Washington, D.C. 20530<br>202-514-0718 |
|    Counsel for Plaintiffs and Appellees | |

APRIL 2021

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2021, I electronically filed the foregoing motion with the Clerk of the Court by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

/s/ Gerard Sinzdak
GERARD SINZDAK