No. 18-16981

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

CRISTA RAMOS, *et al.,*

*Plaintiffs-Appellees,*

v.

ALEJANDRO MAYORKAS, *et al.,*

*Defendants-Appellants.*

On Appeal from the United States District Court for the Northern District of California, Case No. 3:18-cv-01554-EMC Honorable Edward M. Chen

**JOINT STIPULATION FOR SUPPLEMENTAL BRIEFING ON PLAINTIFFS/APPELLEES' PETITION FOR PANEL REHEARING AND, ALTERNATIVELY, FOR REHEARING EN BANC**

In light of the release of this matter from the Circuit Mediation Program on October 26, 2022, the Parties respectfully stipulate to submit supplemental briefing on Plaintiff/Appellees' Petition for Panel Rehearing and, Alternatively, for Rehearing En Banc (hereinafter "Plaintiffs' Rehearing Petition"), which remains pending before the Court.

Supplemental briefing is required under the panel's April 20, 2021 order to address "whether and/or how any ongoing governmental review of the TPS program 'may alter or resolve the claims in this matter.'" ECF No. 110. That supplemental briefing order was stayed when this case was referred to the Circuit Mediation Program on June 25, 2021. ECF No. 117. The parties agree that supplemental briefing remains necessary and warranted to address how, if at all, factual and legal developments over the past 16 months (while this case was in the Circuit Mediation Program) bear on Plaintiffs' Rehearing Petition.

In light of the issues raised in Plaintiffs' pending Rehearing Petition, the Parties respectfully propose to submit supplemental briefing addressing (1) "whether and/or how any ongoing government review of the TPS program 'may alter or resolve the claims in this matter,'" ECF No. 110 (ordering supplemental briefs on this topic) and (2) whether and or/how factual and legal developments over the past 16 months, including the redesignation of Haiti and Sudan for Temporary Protected Status and recent case law on, *inter alia*, administrative agency discretion and the Constitutional prohibition on race discrimination, affect Plaintiffs' pending petition.

The Parties respectfully propose the following briefing schedule and length:

| Brief | Length | Due Date |
|---|---|---|
| Plaintiffs' Supplemental Brief in Support of Plaintiffs' Rehearing Petition | 2,500 words | November 18, 2022 |
| Defendants' Response | 2,500 words | December 9, 2022 |
| Plaintiffs' Reply | 1,000 words | December 16, 2022 |

Respectfully submitted,

*/s/ Alycia A. Degen*
ALYCIA A. DEGEN
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896 6010
Facsimile: +1 213 896 6600
adegen@sidley.com

*Attorney for Plaintiffs-Appellees*


*/s/ Gerard Sinzdak*
MARK B. STERN
GERARD SINZDAK
CIVIL DIVISION
DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW, Rm. 7242
Washington, D.C. 20530
Telephone: +1 202 514 0718
gerard.j.sinzdak@usdoj.gov

*Attorney for Defendants-Appellants*

**FILER'S ATTESTATION**

I, Alycia A. Degen, am the ECF User Whose ID and password are being used to file this stipulation. In compliance with FRAP Circuit Rule 25-5(e), I hereby attest that all other parties on whose behalf the filing is submitted concur in the filing's content.

*/s/ Alycia A. Degen*
ALYCIA A. DEGEN